**Electronically Filed
Supreme Court
SCWC-13-0000155
10-FEB-2015
09:37 AM**

SCWC-13-0000155

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JIMMY ROBINSON, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000155; CR. NO. 11-1-1014)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
AND GRANTING MOTION FOR TEMPORARY REMAND TO THE CIRCUIT COURT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ of Certiorari filed on January 12, 2015, is hereby accepted.

IT IS HEREBY ORDERED that:

1.     The case is temporarily remanded to the circuit court to hear and determine promptly a motion for withdrawal of counsel and appointment of new counsel.

2.     Within 10 days from the date of this order, withdrawing counsel shall file in the circuit court a motion for withdrawal of counsel and appointment of new counsel.

3.	Within 15 days from the filing of a motion for withdrawal of counsel and appointment of new counsel, the circuit court shall hear the motion and shall enter a written order.

4.	Within 10 days from the filing of an order on the motion for withdrawal of counsel and appointment of new counsel, the clerk of the circuit court shall supplement the appellate record with the additional filings.

5.	Within 60 days from the filing of the order on the motion for withdrawal of counsel and appointment of new counsel, newly appointed counsel shall file, on behalf of petitioner, a supplemental brief in this certiorari proceeding.  The brief shall not exceed twelve pages.

6.	Within 15 days from the filing of petitioner's supplemental brief, respondent may file a response.  The response shall not exceed twelve pages.

7.	Within 7 days from the filing of a response, if any, newly appointed counsel, on behalf of petitioner, may file a reply.  The reply shall not exceed twelve pages.

DATED: Honolulu, Hawaiʻi, February 10, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2